# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **In Re** | ) | HONORABLE RICHARD L. SPEER |
| | ) | |
| Deborah A. Gossman | ) | Case No. 10-38282 - Ch.7 |
| | ) | |
| **Debtor(s)** | ) | |

## ORDER

This matter comes before the Court upon Debtor's Motion for Waiver of Fee on Amendment to List of Creditors.

On December 20, 2010, Diana Khouri, Attorney for Debtor electronically filed a Petition and Schedules on behalf of the above named Debtor. During the process of filing, the list of Creditors was not uploaded into the ECF data base, as required.

On December 20, 2010, the Clerk's Office entered a *Notice Requiring Corrected Document* notifying Attorney Khouri of the need to upload the Creditors into ECF. On that same date, Attorney Khouri incorrectly filed the List of Creditors as an Amendment instead of following the method for uploading creditors set forth in the Attorney ECF Manual (June, 2009) under Section 5 - Creditor Matrix File (page 15) and as instructed during the Attorney Training Class. Due to Attorney Khouri's use of the incorrect docket event, the $26.00 filing fee was incurred.

On December 22, 2010, the Debtor's Motion for Waiver of the Fee on Amendment to List of Creditors was filed seeking a waiver of the $26.00 filing fee.

The guidelines for collection of fees are set forth in the Bankruptcy Fee Compendium III. Pursuant to Part K- Miscellaneous Administrative Fees, Section 5 (D) Fees Due, (page 72): "The clerk must collect $26 for each amendment to a debtor's schedules of creditors or lists of creditors. Nevertheless, the bankruptcy judge may waive the charge for good cause."

Upon review of the Debtor's Motion and the case docket, the Court finds that the $26.00 filing fee was incurred due to Attorney Khouri's failure to follow the established electronic filing guidelines, therefore, good cause does not exist and the filing fee should not be waived.

Accordingly, it is

**ORDERED** that the Debtor's Motion for Waiver of Fee on Amendment to List of Creditors be, and is hereby, **denied.**

It is **FURTHER ORDERED** that the Amendment Filing Fee in the amount of $26.00 must be paid electronically to the Clerk, U.S. Bankruptcy Court through *Pay.Gov* within seven (7) days from the date of entry of this Order.

Dated: 1/4/11

**RICHARD L. SPEER**
**United States Bankruptcy Judge**