U

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re | ) | JUDGE RICHARD L. SPEER |
| | ) | |
| Deborah A. Gossman | ) | Case No. 10-38282 - Ch.7 |
| | ) | |
| **Debtor(s)** | ) | |

### ORDER TO SHOW CAUSE FOR DISGORGEMENT OF ATTORNEY FEES AND/OR REMOVAL OF LOGIN PRIVILEGES

On January 4, 2011, this Court entered an Order requiring Diana Khouri, Attorney for Debtor, to pay a $26.00 Amendment Filing Fee to the Clerk, U.S. Bankruptcy Court through Pay.Gov within seven (7) days from the date of the entry of the Order.

A review of the Court's record reflects that Attorney Khouri has failed to comply with the Orders of this Court.

Accordingly, it is

**ORDERED** that **DIANA KHOURI ATTORNEY FOR DEBTOR,** is hereby **REQUIRED TO APPEAR** on **Tuesday, January 25, 2011 at 2:30 P.M.** and *Show Cause as to why Disgorgement of Attorney Fees and/or Removal of Attorney ECF Login Privileges should not be imposed by the Court.*

**IT IS FURTHER ORDERED THAT ONLY THE JUDGE MAY CHANGE OR MODIFY THE TIME AND DATE SET FOR THIS HEARING.**

Dated: 1/14/11

RICHARD L. SPEER
United States Bankruptcy Judge