United States Bankruptcy Court
NORTHEN DISTRICT OF
OHIO (TOLEDO

IN RE:             Case No. **10-38282-rls**

**Deb Gossman**           Chapter **7**
Debtor(s)

### ORDER APPROVING MOTION TO WITHDRAW MOTION FOR CONTINUANCE OF HEARING FILED 1-25-2011

**It is ordered that** the motion to withdraw motion for continuance of hearing filed 1-25-2011 be approved.

###      FEB 9 2011                 /S/ RICHARD L. SPEER
                                      Judge Richard L. Speer

# CERTIFICATE OF NOTICE

District/off: 0647-3          User: rbirm               Page 1 of 1              Date Rcvd: Feb 09, 2011
Case: 10-38282                Form ID: pdf798           Total Noticed: 1

The following entities were noticed by first class mail on Feb 11, 2011.
db           +Deborah A Gossman,   12336 Twp Rd 24,   Carey, OH 43316-9442

The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 11, 2011**                          **Signature:**      *Joseph Speetjens*