# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

In Re: GOSSMAN, DEBORAH A          Case No. 10-38282

         Debtor(s)          Judge Richard L. Speer

**MOTION TO EXTEND TIME
TO FILE OBJECTIONS**

    Now comes Ericka S. Parker, Trustee and represents that the 341 meeting of creditors is continued to 02/24/11. Because there will be insufficient time for the Trustee to make decisions concerning exemptions, referrals pursuant to 11 U.S.C. 707(b) and/or objections to discharge, the Trustee requests the Court extend the time for such filings to sixty (60) days from the date the 341 meeting is **concluded**.

    WHEREFORE, your Trustee respectfully prays this Court extend the time to sixty (60) days from the date the 11 U.S.C. 341 creditors meeting is **concluded** to file objections to exemptions, complaints to deny discharge and other appropriate pleadings.

Respectfully submitted,

**/s/Ericka S. Parker**
Ericka S. Parker (0068217)
232 10th Street
Toledo, OH 43604
419-243-0900
FAX (419) 243-0955

# CERTIFICATE OF SERVICE
# AND NOTICE PURSUANT TO LOCAL RULE 9013-1(a)

    Please take note that the Respondent has fourteen days from service of this motion to file and serve a response or a request for a hearing, and that if a response or request is not timely filed with the court and served on the Movant c/o Ericka S. Parker, Law Offices of Ericka S. Parker LLC, 232 10th Street, Toledo, OH 43604, the Court may grant the relief requested without hearing.

I hereby certify that a copy of the foregoing was sent to the individuals listed below by ordinary U.S. Mail, postage prepaid, or by electronic transmission to those persons capable of being served by ECF, on this Tuesday, February 15, 2011.

DIANA KHOURI
Attorney for debtor(s)
dianakhouriohio@gmail.com
*Served Electronically

Office of the US Trustee
*Served Electronically

                                              **/s/Ericka S. Parker**
                                              Ericka S. Parker