UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

In re: **GOSSMAN, DEBORAH A**  Case No. 10-38282

      Debtor(s)  Judge Richard L. Speer

**ORDER EXTENDING TIME
TO FILE OBJECTIONS**

    This day this cause came on for consideration of the Trustee's motion to extend time for filing objections to exemptions, complaints to deny discharge, and other appropriate pleadings to sixty (60) days from the date the 341 meeting is **concluded.** The Court finds that the motion is well taken, and

    IT IS ORDERED that the time to file objections to exemptions, complaints to deny discharge and other appropriate pleadings is extended to sixty (60) days from the date the 11 U.S.C. 341 creditors meeting is **concluded.**

Date: FEB 1 6 2011        /S/ RICHARD L. SPEER
                                              JUDGE RICHARD L. SPEER

# CERTIFICATE OF NOTICE

District/off: 0647-3     User: rbirm            Page 1 of 1           Date Rcvd: Feb 16, 2011
Case: 10-38282           Form ID: pdf804        Total Noticed: 1

The following entities were noticed by first class mail on Feb 18, 2011.
db          +Deborah A Gossman,   12336 Twp Rd 24,   Carey, OH 43316-9442

The following entities were noticed by electronic transmission.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 18, 2011**                    Signature:    *Joseph Speetjens*